641



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Mr. R. L. Armstrong
County Auditor
Tom Green County
San Angelo, Texas

Dear Mr. Armstrong:

Opinion No. O-3555
Re: Matter of liability
of a county for
the negligence of its
agents, officers or
representatives.

We acknowledge receipt of your letter of inquiry
of date May 16, 1941, as follows to-wit:

"* * * In order to settle the above
questions with respect to the county's
liability, I wish to certify the follow-
ing questions:

"1. Is the county liable for damage to
livestock incurred through such stock fall-
ing in a defective cattle guard constructed
across a county lateral road?

"2. Is the county liable for damages
sustained to a motor vehicle through a col-
lision caused by the negligence of a county
employee?

"3. Is the county liable for a motor
vehicle damaged by the defective condition
of a bridge on the county lateral road sys-
tem?

"4. Is the county liable for damages to
a county employee for injuries sustained by
such employee while working for the county?
* * *"

Mr. R. L. Armstrong, page 2

Each of your questions should be answered in the negative.

We have from time to time rendered opinions touching the liability of counties for the torts of its officers, agents and representatives covering a variety of situations. Noticeably among these opinions are the following: O-779, O-208, O-353, O-2136, O-2473, and O-2779, being the opinions referred to by you in your letter of inquiry.

No useful purpose could be subserved in further elucidating the principles establishing the non-liability of a county for such torts.

Those principles are briefly stated, first, the non-liability of the State (including counties as the State's political subdivision exercising the powers of sovereignty), in the absence of a statute creating such liability; and, second, the express provision of the Constitution (Article III, Sections 51, 52 and 53). Those constitutional provisions have been discussed, and the court opinions construing them have been cited specially in our Opinion No. O-2135, a copy of which you already have in your possession.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED MAY 23, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

By

Ocie Speer
Assistant

OS:EP

